# EXHIBIT "D"

## CONSTRUCTION LOAN AGREEMENT

THIS AGREEMENT is made this __14th__ day of __January__, __2005__ and is by and between LILIA BELKOVA  *AS BENEFICIARY OF LAND TRUST OF 2003*  ("Owner"), whose address is 2251 BUCKRIDGE TRAIL, LOXAHATCHEE, FLORIDA 33470 and FIDELITY FEDERAL BANK & TRUST, a corporation existing under the laws of the United States of America ("Lender") whose address is 205 Datura Street, West Palm Beach, Florida 33401.

### PRELIMINARY STATEMENT

(a) Owner has applied to Lender for a loan ("Loan") and Lender has agreed to make the Loan pursuant to a mortgage loan commitment to Owner ("Commitment").

(b) The Loan is to be evidenced by a note of same date herewith in the amount of the Loan ("Note"), the repayment of which is to be secured by, among other things, a mortgage of even date herewith ("Mortgage") encumbering the following described property ("Property") in __Palm Beach__ county, Florida:

LOT 122 DEER RUN ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY FLORIDA IN PLAT BOOK 35 PAGES 34 THROUGH 39 INCLUSIVE

(c) The Loan proceeds shall be used to construct certain improvements ("Improvements") on the Property to be completed, unless otherwise mutually agreed, no later than __12__ months from the date hereof ("Completion Date").

In consideration of the statements set forth above and the agreements herein made, the agreements and covenants contained in the Commitment, Note and Mortgage, Owner and Lender do hereby make the agreements set forth herein.

### ARTICLE I. REPRESENTATIONS AND WARRANTIES OF OWNER

Owner represents and warrants to Lender as follows:

(a) Non-commencement of Work. There has been no commencement of operations on the Property incident to the Improvements and no activities have occurred prior to the date hereof which could result in any mechanic's lien or similar lien being filed against the Property which would be superior to the lien of the Mortgage. No notice of commencement has been filed in the public records of the county in which the Property is located.

(b) Compliance with Laws. Owner has obtained all necessary governmental approvals, including FHA and VA approvals, if applicable, necessary to commence construction of the Improvements.

(c) Utilities and Zoning. Sewer, water and all other necessary utilities are available to serve the Property and the Improvements in sufficient quantity for their intended use, and the current zoning classification of the Property and any covenants and restrictions affecting the Property permit the construction and intended use of the Improvements without the necessity of obtaining further approvals, authorizations, waivers, consents, exceptions or variances.

(d) Absence of Proceedings and Actions. There are no actions, suits or proceedings pending or, to the knowledge of Owner, threatened against the Property, or against the Owner which might become a lien on the Property.

CONS1A

24/36

## ARTICLE II. COVENANTS OF OWNER

Owner covenants to Lender that:

(a) **Development Work Criteria.** Development of the Property and construction of the Improvements shall be in accordance with the plans and specifications, all engineering reports and studies, soil reports and other similar matters which have heretofore been submitted by Owner to Lender for the basis of the Loan and in compliance with all restrictions, conditions, ordinances, codes, regulations and laws of governmental departments, including, if applicable, FHA and VA, and agencies having control over or jurisdiction over or an interest in the Property and the Improvements. No material deviation shall be made in the plans and specifications without the prior written consent of Lender and, to the extent applicable, no material change shall be made in any contracts Owner has entered into with respect to construction of the improvements without the prior written consent of Lender. In the event of changes, alterations or additions which need to be funded by the Owner, the Owner shall immediately deposit with the Lender the full cost of such changes, alterations and additions, when required by the Lender, upon the same terms and conditions as the other monies deposited by the Owner with the Lender for construction purposes.

(b) **Commencement and Continuity of Work.** Development of the Property shall commence within 30 days from the date of this agreement and shall be carried on diligently and without interruption or delay until completed and the same shall be constructed in a good and workmanlike manner, and in accordance with the plans and specifications referred to above. Immediately after the recordation of the Mortgage, Owner or his agent shall file a notice of commencement and post a certified copy thereof on the Property in accordance with Florida law.

Development of the Property shall be completed no later than the Completion Date, except as otherwise mutually agreed between the Owner and Lender in writing.

(c) **Use of Proceeds and Deficiency in Loan Amount.** Owner will use the proceeds of the Loan only for the payment of costs directly associated with the construction of the Improvements and shall not divert such funds for any other purpose. If it appears the construction costs of the Improvements will exceed the net amount available from the Loan, Lender may, at its option, require Owner to deposit, and Owner shall deposit with Lender within 10 days after receipt of notice, sufficient sums, which, together with a net amount remaining available for disbursement will be sufficient to pay all construction costs and related costs of completing the Improvements in accordance with the plans and specifications. The judgement determination of Lender as to any such deficiency shall be final and conclusive. The Lender, at its options, may withhold the disbursement of any funds until the deficiency is paid.

(d) **Notices to Owner and Liens.** <u>Owner acknowledges the compliance with Chapter 713, Florida Statutes (hereinafter referred to as the Florida Construction Lien Law) is solely his and his contractor's (if applicable) responsibility. All requirements of the Lender are imposed solely for the Lender's protection and for its own benefit and the owner acknowledges its obligation to separately comply with the Florida Construction Lien Law.</u> Owner shall deliver to the Lender within twenty-four (24) hours after receipt thereof any and all notices to owner or claims of liens served upon or received by Owner of his designated agent concerning said improvements pursuant to the provisions of Chapter 713, Florida Statutes. <u>Lender shall have the right but not the obligation before disbursing any draw or a specific line item, to require a partial release of lien as to any Notices to Owner relating to that line item, and partial releases must be obtained, if required, as to any Notices to Owner which are over 30 days old.</u> Owner will have any mechanic's liens or other encumbrances which may be filed against the Property released or bonded off within 10 days of the date Owner receives notice thereof. The Lender shall have the right to disburse, without the written approval or order of the Owner or Contractor, funds required to release the Owner, the Contractor or any other party, the funds required to release the subject property from any such recorded mechanic's lien. Provided, however, that the Lender shall first give the Owner not less than ten (10) days written notice of its intention to procure such a release. The Lender shall have the right to pay the lien and obtain such a release or to bond off the lien at its sole option. Said notice shall be mailed to Owner at the addresses given by the Owner to the Lender. Owner hereby releases the Lender from any liability in connection with any disbursements made pursuant to this section.

CONS2A

(e) Access to Books and Records. Owner will permit Lender or its agents to have at all reasonable times unrestricted access to its records, accounting, books, contracts, subcontracts, bills and statements, including any supporting or related vouchers or other instruments, as relate in any manner to the developer and construction of the Improvements, and Lender or its agents shall have the right to copy the same.

(f) Delivery of Materials to Property. Owner will cause all materials, supplies and goods to be incorporated as part of the Improvements to be delivered to the Property free and clear of all liens and encumbrances so that no other party shall have an interest therein, superior to the lien of the Mortgage.

(g) Compliance with Mechanic's Lien Law. <u>Owner acknowledges the compliance with Chapter 713, Florida Statutes (hereinafter referred to as the Florida Construction Lien Law) is solely his (and his contractor's if applicable) responsibility. All requirements of the Lender are imposed solely for the Lender's protection and for its own benefit and the owner acknowledges its obligation to separately comply with the Florida Construction Lien Law.</u> Owner and its general contractor will comply in all respects whatsoever with the Florida Construction Lien Law as the same may from time to time exist, and Lender shall not be obligated to disburse any funds to Owner if, in the opinion of Lender or its counsel, such disbursement would result in a violation of such law.

(h) Access to Property. Owner will permit Lender and its agents at all reasonable times to have the right of entry and free access to the Property and the right to inspect the Property and all work done, labor performed and material furnished thereon or thereabouts.

(i) Services to Benefit Lender. All inspections and other services rendered by or on behalf of Lender and whether or not paid for by Owner shall be rendered solely for the protection and benefit of Lender, and Owner shall not be entitled to claim any loss or damage against Lender or its agents or employees for failure to properly discharge their duties to Lender.

(j) Lender's Right to Approve. Lender shall have the right to approve all contracts, subcontracts, purchase orders or other similar agreements to be entered into by Owner with respect to any portion of the construction of the Improvements or any materials, supplies or labor to be rendered in connection therewith.

(k) Joinder by Contractor. If Owner is employing a general contractor with respect to construction of the Improvements, Owner will require such contractor to join in the execution hereof, and, in the event of a conflict between the terms and conditions of any such contract and this agreement, the terms and conditions of this agreement shall govern and control.

(l) Further Assurances. Owner will, at any time on Lender's request, make, do, execute and deliver to Lender and where appropriate shall cause to be recorded or filed at Owner's expense any and all further acts, mortgages, documents and assurances as may be reasonably necessary to effectuate, complete, correct, and confirm the transactions sought to be consummated hereunder.

(m) Compliance with Commitment, Note and Mortgage. Owner will comply with and abide by all the terms, conditions, covenants, agreements, representations and warranties contained in the Commitment, Note and Mortgage, Disbursement Schedule, and other loan closing documents, each of which documents are incorporated herein by reference. In the event of a conflict between this agreement and the Commitment, Note or Mortgage, the terms and conditions of this agreement shall govern and control unless otherwise provided herein. Interest will be payable upon the funds advanced by the Lender, upon the conditions set forth in the Promissory Note and Mortgage including the provision for late charges as to payments of installments due. Interest shall be payable at the rate of ___6.875%___ % per cent per year, payable monthly, until superseded by the terms of the Note and Mortgage.

(n) Disputes. Should any dispute arise between Owner and Lender with respect to the construction or meaning of the plans and specifications, the same shall, at the option of Lender, be decided by a competent architect to be selected by Lender but paid for by Owner or, if the Improvements are subject to FHA or VA regulation, then, by a representative of the appropriate governmental agency. The decision of such architect or the FHA/VA representative, as the case may be, shall be conclusive and binding upon the parties hereto.

(o) Inspection Fees. The Owners are required to pay inspection fees in connection with Loan disbursements. Owner will pay such fees in the amounts and at the times and manners specified in the loan closing documents. If, during the term of the construction loan it is necessary to have additional inspections whether for the benefit of the Owner or the Lender, and these may take place at the sole option of the Lender, such inspections shall also be paid for by the Owner.

CONS3A


26/36

ARTICLE III. DEPOSIT OF FUNDS

Unless specifically waived by it, Lender acknowledges receipt from the Owner of the sum of $ _____.00_____ and shall deposit said funds in the Loans in Process Account of the Lender, together with the net proceeds of said mortgage loan making a total of $ ___375,298.80___ to be held and disbursed as hereinafter set forth. The funds deposited in the he Loans in Process Account shall be disbursed so as to use the Owner's funds first, and then the mortgage loan proceeds. No interest shall be charged to the Owner on any of the mortgage loan proceeds until such funds are disbursed from the Loans in Process Account. Such funds may at the option of the Lender be used to pay costs and expenses required of the Owner by the terms and conditions of the Loan Commitment, the Construction Loan Agreement or the Note and Mortgage executed by the Owner to the Lender.

| WithHold Amount | WithHold Description |
|---|---|
| 225,298.80 | HOUSE |
| 150,000.00 | BARN |
| .00 | |

ARTICLE IV. DISBURSEMENT OF FUNDS

(a) Conditions of Disbursement. Unless the condition is waived or deferred by the Lender, no disbursements of any funds (except for costs, expenses and disbursements shown on the Mortgage Loan Closing Statement) shall be made on account of any Requisition of Payment until the Owner has met all his obligations including but not limited to the following:

1. Until Lender receives evidence that a satisfactory Mortgage was recorded prior to recordation of the Notice of Commencement and that no claims of lien were recorded against said property prior to such recordation of said mortgage, together with opinion of Bank's attorney and/or title insurance insuring that said mortgage is a valid first lien upon the aforesaid property;

2. Until Owner has furnished a satisfactory survey to Lender showing the improvement to be properly located upon the mortgaged premises;

3. Until and unless payroll and material invoices and contracts shall have been confirmed by Owner to the satisfaction of Lender and until and unless such labor and materials have been delivered to and used upon or incorporated in said improvements in a manner satisfactory to Lender and in compliance with said plans;

4. Until Owner has produced to the Lender, upon demand, the contracts, bills of sale, statements, receipted vouchers or agreements, or any of them, under which Owner claims title to the materials, fixtures or articles installed or appurtenant to or used in the he construction of the improvements.

5. Until approval by Lender as to quantity, quality, price and workmanship of labor and materials incorporated into said improvements; provided, however, that the Lender shall assume no responsibility or liability for such quantity, quality, price or workmanship of such labor and materials.

6. If Owner or Contractor assigns this contract or said advances or any interest herein or if said premises be conveyed or mortgaged without the consent of the Lender, or if a petition in bankruptcy should be filed by or against the Owner or Contractor or in the event of the appointment of a receiver for the Owner or Contractor;

7. If Owner or Contractor fails to comply with any requirement or notice of violation of law issued by or filed in any department or bureau or any governmental agency having jurisdiction within ten days after receiving notice in writing of such requirement or violation;

8. If the attorneys for the Lender shall not approve the requisition requested because of some possessory interest or other question as to the title to the property arising after the execution of the Note and Mortgage;

9. If Owner or Contractor interfere with or prevent Lender's entry and access to said improvements for inspections;

10. The failure to comply with any of the above requirements or conditions set forth in subparagraph 1 through 9 above within 10 days after notice in writing to the Owner shall constitute a breach of this Agreement.

CONS4A



27/36

(b) **Disbursement Schedule.** Upon satisfaction of all conditions required and specified in the disbursement schedule, signed by the Owner and Contractor, Lender shall disburse funds to owner in accordance with such Schedule.

(c) **Method of Disbursement.** Lender may, at its option, disburse the Loan funds through third parties, or to or for the account of the Owner, or directly to any subcontractor, materialman or laborer directly, but such election shall not prevent Lender from making subsequent disbursements in a different manner and through a different party.

(d) **Requests for Disbursements.** Requests for Loan disbursements shall be submitted to Lender by Owner on a form approved by Lender and in the manner and at the times specified in the construction disbursement schedule signed by the Owner and Contractor.

(e) **Effective Date of Disbursements.** Interest shall be charged on disbursements from the day the money is removed from the loans in process account by the preparation of check at the request of the owner or contractor, and interest shall be charged on the funds from the date the check became available to the owner or contractor whether or not the owner picks up or negotiates the check.

(f) **Disbursement Accounts.** Owner agrees to advise Lender in writing prior to the first disbursement of where the disbursements are to be made and the parties authorized to request disbursements.

(g) **Disbursement Obligation of Lender.** Nothing contained in this agreement, the Note or Mortgage shall impose upon Lender any obligation to see to the proper application of any disbursements made pursuant to this Loan, and the sole obligation or Lender shall be to disburse funds as set forth herein, provided there exists no default under this agreement, the Note or the Mortgage. In the event of a termination of any construction contract or subcontract by the Owner, the Lender may deal with the new Contractor or Subcontractor with no liability to the old Contractor or Subcontractor. In the event that any notices to owner or liens are filed by such parties, Article II (d) of this Agreement shall apply.

(h) **Final Disbursement.** Lender shall withhold the last payment as provided in the he contract between Owner and Contractor or 10% of the total contract price as defined in Section 713, Florida Statutes, whichever is greater, until final payment is due. This shall not preclude Lender from withholding additional funds under any other provision hereof. Final payment shall not be made until Contractor has furnished the affidavit to Owner required by Section 713.06(3)(d) Florida Statutes and full releases of lien have been obtained from all lienors giving notice as defined in Section 713, Florida Statutes and from all lienors recording claims of lien.

### ARTICLE V. EVENTS OF DEFAULT

The happening of any one or more of the following events shall constitute a default under this agreement, the Note and Mortgage:

(a) **Nonpayment of Money.** Owner's failure to pay within the time specified in the documents, any required payment, including payments of principal or interest due under the Note, Mortgage or this Agreement.

(b) **Breach of Condition.** Owner's violation or breach of any term, condition, covenant, representation or warranty contained in this agreement, the Commitment, Note or Mortgage, or the existence of a material misrepresentation of a fact contained in the documents submitted in support of the Loan, and the continuance of such condition for a period of ten (10) days after Lender has given notice thereof to Owner.

(c) **Transfer of Property.** The sale, assignment, pledge, transfer, hypothecation, or other disposition of any proprietary or beneficial interest in Owner or the Property by the Owner without the prior written consent of the Lender.



(d) **Impairment of the Property.** The occurrence of any condition or situation which, in the sole determination of Lender, constitutes a danger to or impairment of the Property or repayment of the Loan and such condition or situation is not remedied within ten (10) days after written notice to Owner of such condition or situation.

CONS5A


28/36

### ARTICLE VI. LENDER'S REMEDIES

Upon the occurrence of any event of default hereunder or under the Note or the Mortgage, Lender shall have the absolute right to refuse to disburse any funds hereunder, and Lender shall have the absolute right at its sole option and election and in its sole discretion to:

(a) Receiver. Have a receiver appointed to take immediate possession of the Property as well as all other security for the Loan as is necessary to fully complete the Improvements as required hereunder and to do anything in its sole judgement to fulfill the obligations of Owner hereunder.

(b) Acceleration. Accelerate the maturity of the Note and Mortgage and demand payment of the principal sums due thereunder with interest, advances, costs and attorney's fees, whether incurred at the trial or appellate level and enforce collection of such payment by foreclosure of the Mortgage or other appropriate action in a court of competent jurisdiction.

(c) Exercise. Exercise any of the rights, privileges or remedies available to Lender under this Agreement, the Note, or the Mortgage, or as otherwise may be permitted by applicable law.

The remedies and rights of Lender hereunder and under the Note and Mortgage shall be cumulative and not mutually exclusive. Lender may resort to any one or more or all of the remedies but not to the exclusion of any other remedy. No party, whether contractor, materialman, subcontractor, or supplier shall have any interest in Loan funds withheld because of default, and shall have no right to garnish, require or compel payment thereof to be applied towards discharge or satisfaction of any claim or lien which such party may have for work performed or materials supplied for the development and construction of the improvements.

### ARTICLE VII. MISCELLANEOUS

(a) Notice. Notice shall be completed by depositing the same in a letter box or other means provided for the posting of mail addressed to the party with the proper amount of postage affixed thereto, and actual receipt of notice shall not be required to effect notice hereunder. All notices, except notices for late payment of principal, interest, taxes or insurance, provided for herein shall be sent by certified or registered-return receipt requested mail, addressed to the appropriate party at the address designated for such party in the preamble to this agreement, or such other address as the party who is to receive such notice may designate in writing.

(b) Governing Law. This agreement, the Note and the Mortgage shall be governed and construed in accordance with the laws of the State of Florida.

(c) Modification and Waiver. No provision of this agreement, the Note or the Mortgage shall be amended, waived or modified except by an instrument in writing signed by the parties against whom such amendment, waiver, or modification is sought to be enforced.

(d) Severability. The inapplicability or unenforceability of any provision of this agreement, the Note or Mortgage shall not limit or impair the operation or continued validity of any other provision of this agreement, the Note or Mortgage.

(e) Assignability. Owner shall not assign this agreement or any part of any advance to be made hereunder or convey, encumber, mortgage, lease, in whole or in part, any portion of the Property without the prior written consent of Lender. The rights of Lender under this agreement are assignable by Lender in whole or in part without the consent of the Owner. This agreement is binding upon the heirs, personal representatives, successors and permitted assigns of Owner and Lender.

(f) Waiver of Defaults. Waiver by Lender of any breach or default by Owner under any terms of the Note, Mortgage or this agreement shall not be deemed to nor shall the same constitute a waiver of any subsequent breach or default on the part of Owner.

(g) Expenses. Owner shall pay Lender the commitment fee, if any, Lender's architect, inspection and counsel fees incurred in connection with the closing of this Loan, the administration of the Loan, and the completion of improvements, and will pay all costs and expenses required to satisfy the conditions of this agreement or incidental to the Loan, including, without limitation, all taxes, insurance premiums, recording expenses, stamp taxes, all brokerage fees, appraisal fees, legal fees, survey costs and title insurance costs. Lender shall be entitled to deduct any expenses which are the obligation of the Owner, which have not been otherwise paid from the final disbursement.

CONS6A

29/36

(h) Beneficiaries. This agreement is an agreement only by and between Owner and Lender and for their benefit and the benefit of their successors and assigns permitted by this agreement. No other person or party, including any contractor that assents hereto, shall be a beneficiary hereof or have any rights hereunder, and no rights are conferred by this agreement upon any other person or party, whether or not their name may be used or otherwise identified in this agreement or in the Assent of Contractor below.

(i) Assignment of Rights. As additional consideration for this construction loan, the Owner assigns any contracts with architects, contractors or subcontractors, materialmen, laborers or others to the Lender and irrevocably designate the Lender as agent and attorney-in-fact for the purpose of dealing with such parties. This assignment shall not be exercised by the Lender until and unless the Owner shall be in default of the terms and provisions of the Loan Commitment, the Construction Loan Agreement, or Note and Mortgage.

(j) Owner's Responsibilities. Owner understands and agrees that the Lender is in no way liable or responsible for the selection or performance of the contractor or any subcontractors used by the Owner and is in no way liable or responsible for the quality of construction, labor performed, or materials used in construction of said improvements and it shall be the sole responsibility of the Owner to satisfy himself as to the quality of said items during the progress of construction by making personal inspections or arranging for a third party to do so on his behalf. Inspections made by the Lender are for the sole protection of the Lender and may not be relied upon by the Owner.

(k) Commingling of Funds and Lender's Liability. Owner approves the credit of the construction funds to the Loans in Process account of the Lender and releases the Lender from any loss resulting from the handling of such funds in the he normal course of business and such funds need not be physically separated by the Lender but may be commingled with other monies held by the Lender pending their actual disbursement. Owner agrees that the holding application to the disbursement of said construction funds delivered by Owner to Lender shall be for the account of the Owner. However, it is expressly understood by the parties that the holding, application and disbursement of such construction funds are for the protection of the Lender, and that no interest shall be paid by Lender to Owner on such funds.

(l) Amortization Provisions. Owner agrees to proceed with construction so that the funds in the Loans in Process Account are disbursed before amortization payments commence under any permanent Note or Mortgage executed in connection with this Agreement. If this has not been done, the Lender may (1) continue charging interest only, and extend the term of the Loan up to an amount equal to the additional number of interest-only payments allowed by the Lender, (2) continue charging interest only and, once principal and interest payments commence, reamortize the Mortgage for the remaining commitment term (with appropriate payment adjustments), (3) begin amortization with the Owner being credited with the additional principal portion of any payment due to funds remaining in the Loans in Process Account, (4) once the completion date has passed, permanently apply (after ten-day written notice to the Owner) any remaining funds to the principal balance of the Mortgage. In such cases, the remaining term shall remain the same and the Owner's payments shall be adjusted, and/or (5) draft a check payable to the Owner and disburse the balance of the funds to Owner, if such disbursements are in accordance with the Lender's normal loan-to-value ratios. Such disbursement shall not relieve the Owner of its obligation under this Agreement to comply with the Construction Lien Law and the Lender, at its option, shall continue to have its rights under this Agreement.

Such options are not to be considered mutually exclusive, and the Lender may select one or more of the options or some combination thereof. This decision shall be solely that of the Lender. In the event the bank agrees or requires a modification to the first payment date or the mortgage term pursuant to the provisions of this clause the owner agrees to execute a loan modification agreement and any other required documents furnished by lender and agrees to pay for recording the loan modification agreement

(m) Waive Jury. All parties to this agreement hereby waive the right to any jury trial and any action, proceeding, or counterclaim brought by any party against any other party.

(n) Additional Provisions.

CONST7A


90/36

IN WITNESS WHEREOF, Owner and Lender have executed this agreement on the date set forth above.

Signed, sealed and delivered
in the presence of:

BORROWER(S)

_4 Jan. 05_

Printed Name: DEBORAH J. DELAPENA

LILIA BELKOVA AS BENEFICIARY OF LAND TRUST 072003

Printed Name: Stacy Lesser

Printed Name:

Printed Name:

Printed Name:

Printed Name:

FIDELITY FEDERAL BANK & TRUST

By:
As to Lender

BARBARA RODRIGUEZ

## ASSENT BY CONTRACTOR

The undersigned hereby certifies that it is the general contractor for Owner for the construction of Improvements, and in consideration of the making of this Loan by Lender, the undersigned agrees to be bound by the terms of this agreement insofar as any act is required of the contractor by this agreement, and further agrees to perform the same, regardless of the fact that the terms of this agreement may conflict with the construction contract and the undersigned hereby subordinates its lien on the Property to the lien of the Mortgage. Any loan funds received by the undersigned shall be used only to pay for costs which are authorized hereunder. The undersigned agrees that in the event of default by Owner under the Construction Loan Agreement, it shall at Lender's request continue performance of the construction contract in accordance with its terms and this agreement, provided it is reimbursed in accordance with the contract and this agreement for all work, labor and materials provided by the undersigned. By executing this assent, contractor shall not be deemed in privity with Lender.

Witnesses:

Signed, sealed and delivered
in the presence of:

CONTRACTOR(S)
JPG ENTERPRISES INC

Printed Name: DEBORAH J. DELAPENA

By:
JOHN GEORGE

PREMIER BUILDINGS INC

Printed Name: Stacy Lesser

By:

CONS8A

31/36

Construction Loan Disbursement Procedures
Borrower Using Contractor

1. For each construction draw request, an inspection will be made by our Inspection Department to determine that construction has reached the stage of completion as indicated on the Construction Loan Disbursement Schedule A, or as approved by our Inspector.

   *All inspections made by Fidelity Federal Bank & Trust or by Fidelity Realty & Appraisal, Inc., or any other party on behalf of Fidelity Federal Bank & Trust, are made solely for the purpose of determining whether the work provided for in each draw is substantially complete. The inspections are not made on behalf of the borrower nor are they made to determine the quality of the construction or overall compliance with the plans and specifications on which the residence is being constructed. It is the owner's responsibility to make certain that the construction meets with his or her approval and that the construction is being carried out in a manner satisfactory to them.*

2. All draw requests should be made to the Inspection Department (See Draw Schedule) and should be requested only after the work has been completed and the owners have signed the Requisition for Payment. This form must be completed by the builder or owner prior to receipt of construction draw.

3. The customer shall be entitled to the number of inspections paid for on the Loan Settlement Statement. Any additional inspections will be billed to the borrower.

4. All construction draws will be paid out in the following manner:

   | Inspection Day | Area | Checks Paid Out |
   |---|---|---|
   | Monday | North of Okeechobee Blvd. and all of | Wednesday |
   | Wednesday | Martin and St. Lucie Counties. | Friday |
   | Tuesday | Palm Beach County South of Okeechobee Blvd | Thursday |
   | Thursday | & Royal Palm Beach & Acreage/Loxahatchee, All of Broward & Dade Counties | Monday |
   | Daily (except Fridays) | Martin, St. Lucie and Indian River Counties | 2 Business days after Satisfactory inspection |

5. Inspection request should be made by 3:00pm prior to the day of inspection. Inspection request received after 3:00 pm will be scheduled for the following date in accordance with the property location. If the building is not ready at the time of inspection, the builder or borrower will not receive a construction draw. Another inspection will have to be requested after the work is completed. Solely at the bank's option, the bank may disburse a partial draw based upon the Borrower's signed draw requisition for either the full draw or a partial draw. In either event, a signed partial draw requisition will be required for the balance.

6. Prior to the first draw, two FORM BOARD surveys and a copy of the building permit must be received, checked, and approved at least 24 hours before the first draw funds are to be disbursed. Surveys must be certified to: (1) Fidelity Federal Bank & Trust; (2) the Title Underwriter, (3) the Title Company, and (4) Borrowers, as indicated below.

   | FIDELITY FEDERAL BANK & TRUST | Sun Title & Abstract Co. |
   |---|---|
   | (Bank) | (Title Company) |
   | LILIA BELKOVA | FIDELITY NATIONAL TITLE |
   | (Borrowers) | (Title Underwriter) |

   a. <u>Surveys should indicate dimensions of building, encroachments or easements, if any. Surveys should have correct legal description and be dated with original signature and embossed seal. Only surveys by professional surveyors will be accepted.</u>

CDPB1C

32/36

NOT A CERTIFIED COPY

b. Proof of compliance with deed restrictions, or other documents affecting the property, if applicable.
c. Fire, Wind and Extended Coverage insurance is required in the minimum amount of $ 435,759.00 and in a company acceptable to this Bank. Please check with your insurance agent to verify Wind coverage is included in your Hazard policy. A separate Wind Insurance Policy may be required in some cases.
d. When applicable, Flood Insurance Coverage as required by law.
e. Copy of building permit is required prior to 1st draw.

7. If an owner is notified by a subcontractor or supplier by means of a "Notice to Owner" that work or material is being furnished, an original Partial Release of Lien must accompany each draw request until an original Final Release of Lien is obtained from whomever placed the owner on notice. If the notice to owner is in connection with work that is not part of this funding request and is less than 30 days old, disbursement except for the final disbursement, may be made without a partial release. Sample Partial Release and Final Release of Lien forms to be executed by subcontractors are included in this construction package.

In the event other forms are used, the Partial Release must state that it releases all work done for labor, service and materials through a given date in the correct dollar amount owed and paid for the work. NO CONDITIONAL RELEASES WILL BE ACCEPTED. Releases may not be conditional upon clearance of checks unless the check is one which has been written by the lender.

8. The following items will be requested prior to disbursement of the final draw:

a. All improvements fully completed prior to disbursement of the final draw.
b. Final Release of Lien must be obtained from anyone who may have issued a Notice to Owner.
c. Copy of Certificate of Occupancy.
d. Owner and Contractor must sign completion affidavits stating that all bills have been paid. The required affidavits are included in the construction loan package furnished to both the owner and the contractor.
e. A final survey is required and the Survey Exception must be removed by endorsement by the Title Underwriter.
f. Requisition for Payment.

9. All draw schedules must be approved by owner prior to disbursement to builder. Inspection Department will not notify owner prior to inspection. By signing requisition, owner authorizes payment to contractor and assumes responsibility for workmanship and stage of completion.

By signing below, we hereby acknowledge receipt of a photocopy of the foregoing document.

Borrower LILIA BELKOVA AS BENEFICIARY OF LAND TRUST 07 2003

Borrower

Builder/Contractor JOHN GEORGE

Builder/Contractor

Builder/Contractor

CDPB2C

33/36