# EXHIBIT "E"



```
CFN 20050081556
OR BK 18126 PG 0846
RECORDED 02/10/2005 10:21:28
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0846;  (1pg)
```

192648                    SATISFACTION OF MORTGAGE

The Mortgage dated February 9, 2004, made and executed by Joseph M. Hanratty, Trustee, of Land Trust Agreement No. 072003 dated 02/09/2004, whose address is 320 NW 3rd Ave., Ocala, FL 34475, to Mackinac Savings Bank, organized and existing under the laws of the United States of America, whose address is 280 N. CONGRESS AVE., BOYNTON BEACH, FL 33426 recorded in Official Records Book 16544 at Page 501 Palm Beach County, Florida on February 12, 2004 fully paid, satisfied and discharged:

Lot 122 DEER RUN according to the Plat thereof on file in the office of the Clerk of Court in and for Palm Beach County, Florida recorded in Plat Book 35 pages 34 through 39 inclusive.

Address:   Lot 122 Buckridge Trail, Loxahatchee, FL 33470

Dated:     January 24, 2005           MACKINAC SAVINGS BANK, F.S.B.

In the Presence of:

_Jill Bartling_                    By: _Judith G. West_
Jill Bartling                         Judith G. West
                                      Its Vice President

_Patel_                            By: _____
Smita Patel                           Terry K. Fraser
                                      Its Vice President

STATE OF MICHIGAN)
                 )SS
COUNTY OF OAKLAND)

     The foregoing instrument was acknowledged before me this 24th day of January, 2005, by Judith G. West and Terry K. Fraser, Vice Presidents, of Mackinac Savings Bank, F.S.B., who being first duly sworn, did state that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and acknowledged said instrument to be the free act and deed of said corporation.

                              _Tracy K. Fruytier_
                              Tracy K. Fruytier, Notary Public,
                              County of Oakland, MI
                              My Commission Expires: 12/18/2010
                              Acting in Oakland

Instrument Drafted By and Should Be Returned To:
Jill Bartling
Mackinac Savings Bank
33333 W. 12 Mile Rd., Suite 202
Farmington Hills, MI  48334