# EXHIBIT "F"

Case 3:13-bk-07570-JAF   Doc 220   Filed 09/15/15   Page 1 of 2

ORDERED.

Dated: **September 15, 2015**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No.: 3:13-bk-07570-JAF

LILIA BELKOVA,

Chapter 12

Debtor.

_____/

## ORDER GRANTING MOTION FOR RELIEF
## FROM ORDER GRANTING DEBTOR'S AMENDED
## MOTION TO VALUE SECURED CLAIM FOUR (4) OF PNC BANK, N.A.

THIS CASE was before the Court upon Creditor, PNC Mortgage, as Servicer for

PNC Bank, N.A.'s ("PNC Bank"), Motion for Relief from Order Granting Debtor's

Amended Motion to Value Secured Claim for PNC Bank, N.A., filed as D.E. No. 80.

Upon agreement of the parties, and the Chapter 12 Trustee, as announced in open Court

on August 12, 2015, it is:

ORDERED:

3.      PNC Bank's Motion for Relief from Order is GRANTED.

4.      The portion of claim Four (4) secured by the following real property is

valued at $325,000.00. The real property is described as follows:

LOT 122, DEER RUN, ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA IN PLAT BOOK 35, PAGES 34 THROUGH 39 INCLUSIVE

Parcel ID Number: 00404321010001221.

The above property currently has the address of 2251 Buck Ridge Trail, Loxahatchee, FL 33470.

5.      A secured portion of PNC Bank's claim ($325,000.00), shall be paid at the rate of $1,744.67, plus an additional $87.24 for the Trustee's 5% fee during the Chapter 12 bankruptcy, per month commencing on September 1, 2015, and continuing monthly for a total of three hundred sixty (360) months. Thus, this secured claim shall be based upon a thirty (30) year ammonization, which includes five percent (5%) interest.  If this case is dismissed or converted to a case under any other chapter, the terms of the original Note and Mortgage will be restored.

6.      The monthly payments shall be paid to the Chapter 12 Trustee, and then disbursed to PNC Bank as adequate protection payments prior to confirmation.

7.      The balance of this claim shall be treated as unsecured.

8.      So long as any proposed Chapter 12 Plan contains these terms, PNC Bank shall not object and shall support said plan.

*Attorney Jason Burnett is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*