**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 21-80758-CV-MIDDLEBROOKS

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

LILIA BELKOVA, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION FOR LEAVE TO SERVE**
**BY PUBLICATION AND FOR EXTENSION OF TIME**

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Verified Motion for leave to serve Alias Summonses and Verified Second Amended Complaint on Defendants Lilia Belkova and Lilia Belkova, as Successor Trustee of the Land Trust Agreement No. 072003 Dated February 9, 2004 ("Belkova Defendants") by publication in accordance with Federal Rule of Civil Procedure 4(e)(1) and Chapter 49 of the Florida Statutes and for an extension of time to serve Belkova Defendants, filed on July 7, 2021. (DE 18). The Court having reviewed the Motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

    (1)    The Motion (DE 18) is **GRANTED**.

    (2)    Plaintiff has met the standards of Chapter 49 of the Florida Statutes for service by publication by having exercised sufficient due diligence in attempting to locate and personally serve Belkova Defendants, but Belkova Defendants cannot be located.

    (3)    The Clerk of Court is **DIRECTED** to publish the Notices of Action, attached to the Motion as Exhibit F (DE 18-6), which appear to meet all requirements of Section 49.08 of the

Florida Statutes. The Notices of Action must be published, in accordance with Section 49.10 of the Florida Statutes, in a publication in Palm Beach County, Florida, for four consecutive weeks.

(4)   After complying with the publication requirements set forth herein, Plaintiff **SHALL** notify the Court of such compliance.

(5)   Plaintiff has also demonstrated good cause to justify an extension of time to serve Belkova Defendants in light of Plaintiff's inability to do so despite its diligent efforts and the impending July 22, 2021 service deadline. Accordingly, the service deadline is extended to **September 20, 2021**, in order to provide sufficient time for the Clerk to publish the Notices of Action, for the four-week publication period to elapse, and for Belkova Defendants to respond.

**SIGNED** in Chambers at West Palm Beach, Florida, this 16th day of July, 2021.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record