**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO FIDELITY FEDERAL BANK & TRUST,

        Plaintiff,

vs.

LILIA BELKOVA A/K/A LILIA BELKOVA RUSSO, individually; LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004; DEER RUN PROPERTY OWNERS ASSOCIATION, INC.; JPG ENTERPRISES, INC.; ENTERPRISE FUNDING SOLUTIONS LLC,

        Defendants.

_____/

CASE NO: 9:21-cv-80758-DMM

## NOTICE OF ACTION

TO LILIA BELKOVA A/K/A LILIA BELKOVA RUSSO:

YOU ARE HEREBY NOTIFIED that an action to foreclose a mortgage on the following property in Palm Beach County, Florida:

> LOT 122 DEER RUN ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA IN PLAT BOOK 35 PAGES 34 THROUGH 39 INCLUSIVE.

> Property Address: 2251 Buck Ridge Trail, Loxahatchee, Florida 33470

has been filed against LILIA BELKOVA A/K/A LILIA BELKOVA RUSSO, individually; LILIA

BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003

DATED FEBRUARY 9, 2004; DEER RUN PROPERTY OWNERS ASSOCIATION, INC.; JPG

1111287.2

ENTERPRISES, INC.; and ENTERPRISE FUNDING SOLUTIONS LLC, and you are required to serve a copy of your written defenses, if any, to it on McGlinchey Stafford c/o William L. Grimsley, Esq., the plaintiff's attorney, whose address is 10407 Centurion Parkway North, Ste. 200, Jacksonville, FL 32256, on or before   August 23, 2021   , and file the original with the clerk of this court either before service on the plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the complaint or petition.

This notice shall be published once a week for four consecutive weeks in the Daily Business Review.

DATED on Jul 16, 2021

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: *Philip Curtis*
Deputy Clerk

1111287.2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

PNC BANK, NATIONAL ASSOCIATION,      CASE NO:  9:21-cv-80758-DMM
SUCCESSOR BY MERGER TO NATIONAL
CITY BANK, SUCCESSOR BY MERGER
TO FIDELITY FEDERAL BANK & TRUST,

         Plaintiff,

vs.

LILIA BELKOVA A/K/A LILIA BELKOVA
RUSSO, individually; LILIA BELKOVA, AS
SUCCESSOR TRUSTEE OF THE LAND
TRUST AGREEMENT NO. 072003 DATED
FEBRUARY 9, 2004; DEER RUN
PROPERTY OWNERS ASSOCIATION,
INC.; JPG ENTERPRISES, INC.;
ENTERPRISE FUNDING SOLUTIONS LLC,

         Defendants.

_____/

## NOTICE OF ACTION

TO LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT
NO. 072003 DATED FEBRUARY 9, 2004:

YOU ARE HEREBY NOTIFIED that an action to foreclose a mortgage on the following

property in Palm Beach County, Florida:

LOT 122 DEER RUN ACCORDING TO THE PLAT THEREOF AS RECORDED
IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR
PALM BEACH COUNTY, FLORIDA IN PLAT BOOK 35 PAGES 34
THROUGH 39 INCLUSIVE.

Property Address: 2251 Buck Ridge Trail, Loxahatchee, Florida 33470

has been filed against LILIA BELKOVA A/K/A LILIA BELKOVA RUSSO, individually; LILIA

BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003

DATED FEBRUARY 9, 2004; DEER RUN PROPERTY OWNERS ASSOCIATION, INC.; JPG

1111287.2

ENTERPRISES, INC.; and ENTERPRISE FUNDING SOLUTIONS LLC, and you are required to serve a copy of your written defenses, if any, to it on McGlinchey Stafford c/o William L. Grimsley, Esq., the plaintiff's attorney, whose address is 10407 Centurion Parkway North, Ste. 200, Jacksonville, FL 32256, on or before ___August 23, 2021___, and file the original with the clerk of this court either before service on the plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the complaint or petition.

This notice shall be published once a week for four consecutive weeks in the Daily Business Review.

DATED on ___Jul 16, 2021___

**Angela E. Noble**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
By:_____*Philip Curtis*_____
Deputy Clerk

1111287.2

2