**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO FIDELITY FEDERAL BANK & TRUST, | CASE NO: 9:21-cv-80758-DMM |
| Plaintiff, | |
| vs. | |
| LILIA BELKOVA A/K/A LILIA BELKOVA RUSSO, individually; LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004; DEER RUN PROPERTY OWNERS ASSOCIATION, INC.; ENTERPRISE FUNDING SOLUTIONS LLC, | |
| Defendants. _____/ | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO THE RESPONSES TO PNC'S REQUEST FOR SANCTIONS**

COMES NOW Plaintiff, PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO FIDELITY FEDERAL BANK & TRUST ("Plaintiff" or "PNC"), by and through its undersigned counsel, and pursuant to Local Rule 7.1(a) of the United States District Court for the Southern District of Florida (the "Local Rule(s)"), hereby files this Unopposed Motion for Extension of Time to file a Reply to the Response of Mark Roher, Esq., former counsel for Defendants', LILIA BELKOVA A/K/A LILIA BELKOVA RUSSO, individually, and LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004 (the "Belkova Defendants") (D.E. 54), and the Response of the Belkova Defendants (D.E. 55), to

1111287.2

PNC's request for sanctions included in its Response in Opposition to the Belkova Defendants' Motion to Dismiss Second Amended Complaint (D.E. 51), and states as follows in support hereof:

1. On June 7, 2021, Plaintiff filed its Verified Second Amended Complaint (the "Second Amended Complaint"). (D.E. 16).

2. On September 7, 2021, the Belkova Defendants filed the Motion to Dismiss the Second Amended Complaint (the "Motion to Dismiss"). (D.E. 42).

3. On September 20, 2021, PNC filed its Response in Opposition to the Belkova Defendants' Motion to Dismiss. (D.E. 51). Within that Response, PNC included a request for sanctions against the Belkova Defendants and/or their former counsel, Mr. Roher, pursuant to 28 U.S.C. § 1927 and/or the inherent authority of the Court.

4. On October 4, 2021, Mr. Roher filed a Response in opposition to PNC's request for sanctions against him. (D.E. 54).

5. That same day, the Belkova Defendants, through their new counsel, filed a Notice of Joinder in Mr. Roher's Response in opposition to PNC's request for sanctions. (D.E. 55).

6. In accordance with the Local Rules, PNC has until October 11, 2021 to file a Reply to the Responses to PNC's request for sanctions against the Belkova Defendants and/or Mr. Roher.

7. However, on September 22, 2021, Anisa Nazarova, a non-party to this action, filed her Schedules in a bankruptcy she commenced under Chapter 12 of the Bankruptcy Code, Case No. 21-17336-MAM, in the United States Bankruptcy Court, Southern District of Florida, West Palm Division (the "Nazarova Chapter 12 Bankruptcy").

8. In her Schedules, Nazarova claims, under penalty of perjury, to have an equitable interest in the Property, which Nazarova describes as a "family farm." (D.E. 44 in Case No. 21-17336-MAM, p. 3, ¶ 1.2). Further, despite claiming an interest in "Land Trust 072003," Nazarova

conveniently did not describe with specificity the nature of her interest in the Land Trust, despite the Schedule A/B instruction and requirement that she do so. (D.E. 44 in Case No. 21-17336-MAM, pp. 8-9, ¶ 53).

9. In addition, although Nazarova listed "PNC Bank Retail Lending" as having a secured claim against the Property in the amount of $317,654.47 in her Schedule D, she claims that she is the only one that owes the debt to PNC and that the debt is contingent, unliquidated and disputed. (D.E. 44 in Case No. 21-17336-MAM, p. 14, ¶ 2.7).

10. Previously, on July 23, 2020, Defendant Lilia Belkova[1] filed a voluntary petition for relief under Chapter 12 of the Bankruptcy Code, Case No. 3:20-bk-02204-RCT, in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division (the "Belkova Chapter 12 Bankruptcy").[2]

11. On December 21, 2020, several months before the commencement of the Nazarova Chapter 12 Bankruptcy, PNC moved in the Belkova Chapter 12 Bankruptcy for (and obtained) an Order granting its Motion for Prospective *In Rem* Relief from the Automatic Stay (the "Stay Relief Order"). (D.E. 90 therein).

12. On April 23, 2021, further to the Stay Relief Order, PNC commenced this *in rem* foreclosure action.

13. Although the Stay Relief Order gave PNC *in rem* relief from the automatic stay to pursue any and all rights against the Property, in an abundance of caution, PNC filed in the Nazarova Chapter 12 Bankruptcy a Motion for Order Confirming that the Automatic Stay is Not

---

[1] Belkova is purported to be Nazarova's daughter, although no proof of that claim has ever been offered by either Belkova or Nazarova.
[2] Belkova previously received a discharge of her obligation under the corresponding Note through her Chapter 7 bankruptcy action at Case No. 3:11-bk-07333.  *See* D.E. 57 therein.

in Effect (the "Motion for Comfort Order") before proceeding further in this foreclosure action. (D.E. 50 in Case No. 21-17336-MAM).

14. A hearing on the Motion for Comfort Order is scheduled for October 13, 2021.

15. In light of the foregoing, PNC is respectfully requesting a ten-day extension of time to file a Reply to the Responses of Mr. Roher and the Belkova Defendants to PNC's request for sanctions so as to allow the Bankruptcy Court to consider and rule upon PNC's Motion for Comfort Order.

WHEREFORE, Plaintiff, PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO FIDELITY FEDERAL BANK & TRUST, respectfully requests that the Court enter an Order granting PNC an additional ten (10) days to file a Reply to Mark Roher's Response in opposition to PNC's request for sanctions against him (D.E. 54) and the Belkova Defendants' Notice of Joinder in Mr. Roher's Response (D.E. 55); and granting such further relief as this Court deems just and proper.

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for PNC has conferred with former counsel for the Belkova Defendants, Mark Roher, Esq., and with Plaintiff's new counsel, David Merrill, Esq., regarding the relief sought in this Motion. Undersigned counsel certifies he is authorized to represent that they do not oppose the relief requested in this Motion.

DATED this 11th day of October, 2021.

           **McGLINCHEY STAFFORD**

           */s/ William L. Grimsley*
           Kimberly Held Israel
           Florida Bar No. 47287
           William L. Grimsley
           Florida Bar No. 84226
           10407 Centurion Parkway North, Ste. 200

Jacksonville, FL 32256  
Phone: (904) 224-4449  
Primary E-mails: kisrael@mcglinchey.com  
wgrimsley@mcglinchey.com  
Secondary: cgipson@mcglinchey.com  
***Attorneys for Plaintiff, PNC BANK, N.A.***

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with this Court's electronic filing procedures, this document has been electronically filed and served this 11th day of October, 2021. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to e-mail notification and electronic service. This document is available for viewing and downloading from the Court's ECF system.

**VIA CM/ECF**

**Steven R. Braten, Esq.**
SBraten@rosenbaumpllc.com
*Counsel for Defendant, DEER RUN PROPERTY OWNERS ASSOCIATION, INC.*

**David Merrill, Esq.**, dlmerrill@theassociates.com
Counsel for *Defendants, LILIA BELKOVA, INDIVIDUALLY, AND LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004*

**VIA E-MAIL**

**Mark S. Roher, Esq.**
mroher@markroherlaw.com
ecf.markroherlaw@gmail.com
ecf2.markroherlaw@gmail.com
*Former counsel for Defendants, LILIA BELKOVA, INDIVIDUALLY, AND LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004*

*/s/ William L. Grimsley*
ATTORNEY

1111287.2

# EXHIBIT "A"

1111287.2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO FIDELITY FEDERAL BANK & TRUST,

      Plaintiff,

vs.

LILIA BELKOVA A/K/A LILIA BELKOVA RUSSO, individually; LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004; DEER RUN PROPERTY OWNERS ASSOCIATION, INC.; JPG ENTERPRISES, INC.; ENTERPRISE FUNDING SOLUTIONS LLC,

      Defendants.
_____/

CASE NO: 9:21-cv-80758-DMM

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE A REPLY TO THE**
**RESPONSES TO PLAINTIFF'S REQUEST FOR SANCTIONS**

      WHEREFORE, this matter came before the Court on the Motion of Plaintiff, PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO FIDELITY FEDERAL BANK & TRUST ("Plaintiff") (DE __), for a ten-day extension of time to file a Reply to the Responses of Mark Roher, Esq. (DE 54) and Defendants, LILIA BELKOVA A/K/A LILIA BELKOVA RUSSO, individually, and LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004 (the "Belkova Defendants") (DE 55) to Plaintiff's request for sanctions pursuant to 28 U.S.C. § 1927 and/or the inherent authority of the Court included in Plaintiff's Response in Opposition to the Belkova Defendants' Motion to Dismiss Second

Amended Complaint (DE 51). The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby orders as follows:

1. The Unopposed Motion for Extension of Time to File a Reply to the Responses to Plaintiff's Request for Sanctions (DE __) is **GRANTED**.

2. Plaintiff shall have up to and including October 21, 2021, to file a Reply to the Responses of Mark Roher and the Belkova Defendants (DE 54, 55).

**DONE AND ORDERED** ln the Southern District of Florida on this ___ day of October, 2021.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:	Counsel of Record

1111287.2

2