**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**Case NO. 9:21-cv-80758-DMM**

PNC Bank, N.A.

    Plaintiff,
vs

LILIA BELKOVA, Individually, and
LILIA BELKOVA as Successor Trustee
ofThe Land Trust Agreement No.
072002 Dated February 9, 2004, et al.

    Defendants./

## **EXPEDITED MOTION TO WITHDRAW AS COUNSEL**

David Lloyd Merrill, Esq. and The Associates (collectively, "Attorney") counsel of record for Defendants, Lilia Belkova, Individually and Lilia Belkova, as Successor Trustee of the Land Trust Agreement No. 072002 Dated February 9, 2004 (collectively, the "Defendants"), files this Expedited Motion to Withdraw as Counsel, as follows:

1. Irreconcilable differences between Attorney and Defendants have just arisen making Attorney's continued representation of the Defendants impossible.

2. Defendants object to this Motion to Withdraw as Counsel.

3. Accordingly, Attorney seeks the entry of an order authorizing his immediatewithdrawal of his representation of Defendants.

4. In accordance with Local Rule 11.1(d)(3), Defendants' address and email address are:

    **Lilia Belkova, 2251 Buck Ridge Trail, Loxahatchee, FL 33470
(drliliabelkova@gmail.com)**

**WHEREFORE,** David Lloyd Merrill, Esq. and The Associates respectfully request that the Court grant their immediate withdrawal from representation of the Defendants, Lilia Belkova, Individually and Lilia Belkova, as Successor Trustee of the Land Trust Agreement No. 072002 Dated February 9, 2004 in this case and providing for such other relief as deemed appropriate under the circumstances.

Dated:  November 15, 2021                               Respectfully Submitted,

**THE ASSOCIATES**

Counsel for Defendants
2401 PGA Boulevard, Suite 280M
Palm Beach Gardens, FL 33410
(o) 561.877.1111
(f) +772.409.6749
dlm@theassociates.com

By:   /s/David Lloyd Merrill, Esq
David Lloyd Merrill, Esq.
FL Bar No.: 99155

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been served electronically via the Court's CM/ECF system to those listed below and via email and mail to Lilia Belkova, 2551 Buck Ridge Trail, Loxahatchee, FL 33470 (drliliabelkova@gmail.com) on this 15th day of November, 2021.

/s/   David Lloyd Merrill, Esq.
David Lloyd Merrill, Esq.

| | |
|---|---|
| Kimberly Held Israel | kisrael@mcglinchey.com, lwhite@mcglinchey.com |
| Steven Robert Braten | srblaw2012@gmail.com,  sbraten@gadclaw.com, |
| | sbraten@myassociationattorney.com |
| William L Grimsley | wgrimsley@mcglinchey.com, lwhite@mcglinchey.com |

Mark S Roher          mroher@markroherlaw.com