UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80758-CV-MIDDLEBROOKS

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

LILIA BELKOVA, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE comes before the Court upon the Motion to Withdraw as Counsel filed by Attorney David Lloyd Merrill, Esq., on November 15, 2021. (DE 67). The Motion provides: "Irreconcilable differences between Attorney and Defendants have just arisen, making Attorney's continued representation of the Defendants impossible." *Id.* The Motion further states that Defendants oppose counsel's withdrawal. *Id.* The Motion complies with Southern District of Florida Local Rule 11.1(d)(3), which requires notice to be served on the client and opposing counsel, and a statement of the current mailing address of the client. Having considered the Motion and the past history of this case—namely, the difficulties that prompted Defendants' former counsel to withdraw—it is **ORDERED AND ADJUDGED** that:

(1)     Attorney David Lloyd Merrill, Esq.'s Motion to Withdraw (DE 67) is **GRANTED**.

(2)     Attorney David Lloyd Merrill, Esq. is hereby **TERMINATED** as counsel of record, and shall have no further responsibility in this matter, for Defendants Lilia Belkova, Individually, and Lilia Belkova, as Successor Trustee of the Land Trust Agreement No. 072002 Dated February 9, 2004.

(3)     Defendants **SHALL HAVE 14 DAYS** from the date of this Order to secure new counsel. Accordingly, **no later than December 1, 2021**, Defendants **SHALL FILE**

(3) ...a status report indicating whether Defendants have secured new counsel or intend to proceed *pro se* in this matter. Alternatively, if Defendants retain new counsel, that attorney may file a notice of appearance by that date.

(4) Until new counsel is secured, Plaintiff **SHALL SERVE** all papers on Defendants through mail at the following address:

> Lilia Belkova
> 2251 Buck Ridge Trail
> Loxahatchee, FL 33470

(5) Attorney David Lloyd Merrill, Esq., **SHALL SERVE** a copy of this Order upon Defendants within **TWO DAYS** from the date of this Order, and confirm Defendants' receipt thereof. Counsel is further **DIRECTED** to file a certificate of service indicating the date on which service was accomplished and the manner in which Defendants' receipt of this Order was confirmed.

(6) The Parties are advised that this withdrawal of counsel shall not affect pending litigation deadlines in this matter.

(7) Defendants' failure to comply with this Order may result in dismissal of this case without prejudice for failure to comply with a court order and failure to prosecute.

**SIGNED** in Chambers at West Palm Beach, Florida, this 17 day of November, 2021.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record

Lilia Belkova
2251 Buck Ridge Trail
Loxahatchee, FL 33470