UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:21-CV-80758-DMM

PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO FIDELITY FEDERAL BANK & TRUST,

    *Plaintiff,*

v.

LILIA BELKOVA A/K/A LILIA BELKOVA RUSSO, individually; LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004; *et. al.*,

    *Defendants*,

_____/

### DEFENDANT LILIA BELKOVA'S RESPONSE TO PAPERLESS ORDER TO SHOW CAUSE

Defendant LILIA BELKOVA, individually ("Belkova") and as representative of the Land Trust Agreement No. 072003 Dated February 9, 2004 ("Trust"), by and through undersigned counsel, hereby files her response to this Court's Paperless Order to Show Cause [D.E. 79] as to why the Defendants failed to comply with this Court's Order directing them to obtain new counsel and file a status report no later than December 1, 2021 [D.E. 74 at 12], and in states as follows:

1. On April 23, 2021, the Plaintiff filed the instant Foreclosure matter. [D.E. 1].

2. Eventually, the Plaintiff filed its Second Amended Complaint on or about June 7, 2021, that is the current operative complaint. [D.E. 16].

3. On September 6, 2021, counsel for Belkova and the Trust filed his Motion to Withdraw [D.E. 40] that was granted, after amendments, on September 10, 2021. [D.E. 45].

4. On September 20, 2021, new counsel for Belkova and the Trust filed his Notice of Appearance [D.E. 53], only to seek to withdraw on November 15, 2021 [D.E. 67] that was granted on November 17, 2021. [D.E. 74].

5. The Order entered at DE 74 required Belkova and the Trust to obtain new counsel by December 1, 2021.

6. Although the Order afforded Belkova and the Trust fourteen (14) days to obtain new counsel, the time period included the Thanksgiving holiday week and weekend. Accordingly, Belkova and the Trust were hampered by many attorneys not being in the office during that time.

7. Notwithstanding the obstacle of the holiday time period, Belkova spoke with over 16 attorneys. Many of the attorneys declined to represent Belkova and the Trust because of 1) a foreclosure in Federal Court; 2) were not admitted to the Federal Court; 3) did not understand Land Trusts; 4) do not practice bankruptcy law and/or did not understand the interaction between the Bankruptcy Court and the District Court. Of the three (3) attorneys that had the competency to handle the matter, two (2) were conflicted out due to their individual, or firm's representation, of the Plaintiff, its affiliates or partners.

8. Accordingly, Belkova and the Trust were unable to respond to the Plaintiff's Amended Motion for Summary Judgment [D.E. 71], and prays upon this Court to permit them to respond to the Amended Motion for Summary Judgment within ten (10) days hereof.

WHEREFORE, for the reasons stated above, LILIA BELKOVA, individually and as representative of the Land Trust Agreement No. 072003 Dated February 9, 2004 respectfully requests this Honorable Court enter an Order: a) finding Good Cause for Belkova and the Trust's failure to comply with this Court's Order of November 17, 2021 [D.E. 74]; b) Grant Belkova and the Trust an extension of time for compliance of the Court's Order directing them to respond to

Plaintiff's Amended Motion for Summary Judgment; c) Discharge the Order to Show Cause; and d) any further relief this Honorable Court deems just, proper, appropriate and equitable under the circumstances.

Dated: December 10, 2021                    Respectfully submitted,

                                                  LAW OFFICE OF ADAM I. SKOLNIK, P.A.

                                                  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK
FLORIDA BAR NO. 728081
ATTORNEY FOR LILIA BELKOVA, individually and as representative of THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004
1761 WEST HILLSBORO BOULEVARD, SUITE 201
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:    561.265.1120
FACSIMILE:    561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 10, 2021, the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

                                                  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK