⊛AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

PNC BANK, NATIONAL ASSOCIAT

V.

LILIA BELKOVA, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number:  Case 9:21-cv-80758

| PRESIDING JUDGE Honorable Donald M. Middlebrooks | PLAINTIFF'S ATTORNEY William L. Grimsley, Esq. | DEFENDANT'S ATTORNEY Adam I. Skolnik, Esq. |
|---|---|---|
| TRIAL DATE (S) 2-Week Period Commencing 1.18.22 | COURT REPORTER US Legal Support | COURTROOM DEPUTY Genevieve McGee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Warranty Deed recorded on February 12, 2004, in Official Records of Palm Beach County, FL** |
| 2 | | | | | Quit Claim Deed recorded on February 15, 2007, in the Official Records of Palm Beach County, FL |
| 3 | | | | | Quit Claim Deed recorded on January 30, 2012, in the Official Records of Palm Beach County, FL |
| 4 | | | | | Mortgage recorded on February 12, 2004, in the Official Records of Palm Beach County, FL |
| 5 | | | | | Trustee's Affidavit recorded in the Official Records of Palm Beach County, FL |
| 6 | | | | | Promissory Note dated January 14, 2005, in the amount of $530,000 |
| 7 | | | | | Mortgage recorded on January 27, 2005, in the Official Records of Palm Beach County, FL |
| 8 | | | | | Construction Loan Agreement executed and delivered on January 14, 2005 |
| 9 | | | | | Satisfaction of the Mackinac Mortgage recorded on February 10, 2005 |
| 10 | | | | | Merger documents showing the merger of National City Bank with Fidelity Federal Bank & Trust, an |
| 11 | | | | | PNC's Proof of Claim including all attachments thereto |
| 12 | | | | | Debtor's Motion to Value Secured Claim Four (4) of PNC Bank, N.A., including the Affidavit |
| 13 | | | | | Order Granting Debtor's Amended Motion to Value Secured Claim Four (4) of PNC Bank, N.A. |
| 14 | | | | | PNC's Motion for Relief from Order Granting Debtor's Amended Motion to Value Secured Claim (4) |
| 15 | | | | | Debtor's Response in Opposition to Motion for Relief from Order Granting Debtor's Amended Motio |
| 16 | | | | | Hearing Proceeding Memo for the Final Evidentiary Hearing on PNC's Motion for Relief |
| 17 | | | | | Amended Order Granting Motion for Relief from Order Granting Debtor's Amended Motion to Value |
| 18 | | | | | Second Amended Chapter 12 Plan filed by Belkova on August 19, 2015 |
| 19 | | | | | PNC's Objection to Confirmation of Second Amended Chapter 12 Plan filed on September 15, 2015 |
| 20 | | | | | Third Amended Chapter 12 Plan filed by Belkova on June 23, 2016 |
| 21 | | | | | Debtor's Objection to Secured Claim Four (4) of PNC Bank, N.A. filed on September 14, 2016 |
| 22 | | | | | Fourth Amended Chapter 12 Plan filed by Belkova on February 5, 2017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

PNC BANK, NATIONAL ASSOCIAT

V.

LILIA BELKOVA, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number:  Case 9:21-cv-80758

| PRESIDING JUDGE Honorable Donald M. Middlebrooks | PLAINTIFF'S ATTORNEY William L. Grimsley, Esq. | DEFENDANT'S ATTORNEY Adam I. Skolnik, Esq. |
|---|---|---|
| TRIAL DATE (S) 01/18/2022 | COURT REPORTER US Legal Support | COURTROOM DEPUTY Genevieve McGee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Fifth Amended Chapter 12 Plan filed by Belkova on April 5, 2017 |
| 24 | | | | | Sixth Amended Chapter 12 Plan filed by Belkova on April 10, 2017 |
| 25 | | | | | Order Confirming Chapter 12 Plan Allowing Claims and Directing Distribution |
| 26 | | | | | Order of Discharge entered on June 3, 2020 |
| 27 | | | | | Belkova's Complaint filed in the adversary proceeding, including all Exhibits thereto |
| 28 | | | | | PNC's Answer, Affirmative Defenses and Counterclaim filed on July 2, 2019 |
| 29 | | | | | PNC Bank's Motion for Summary Judgment, including all Exhibits thereto |
| 30 | | | | | Order on PNC Bank's Motion for Summary Judgment entered on March 25, 2020 |
| 31 | | | | | Order Granting Motion to Dismiss entered in Case No. 20-bk-2204, Middle District Bankruptcy Ct. |
| 32 | | | | | Order Granting PNC's Motion for Prospective Relief from Automatic Stay |
| 33 | | | | | Florida Mortgage and Security Agreement recorded by Enterprise Funding Solutions LLC |
| 34 | | | | | PNC escrow information related to the payment/advancement of property taxes and insurance |
| 35 | | | | | Palm Beach County Tax Collector Records related to the Property |
| 36 | | | | | PNC's business records reflecting the amounts due to PNC |
| 37 | | | | | McGlinchey Stafford billing records, including cost invoices to support attorney's fees and costs |
| 38 | | | | | Transcript, pages 1-151 -- Volume I: Deposition of Lilia Belkova, including all Exhibits thereto*** |
| 39 | | | | | Transcript, pages 152-284 -- Volume II: Deposition of Lilia Belkova, including all Exhibits thereto |
| 40 | | | | | Transcript, pages 1-69 -- Deposition of Joseph Hanratty, including all Exhibits thereto |
| 41 | | | | | Witness - Michael Bevins, corporate representative of Plaintiff, PNC Bank, N.A. |
| 42 | | | | | Witness - Lilia Belkova (In person and/or to be presented by means of deposition trans.) |
| 43 | | | | | Witness - Joseph Hanratty, Esq. (In person and/or to be presented by means of deposition trans.) |
| 44 | | | | | Witness - Corporate Representative of Deer Run Property Owners' Association, Inc. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | FLORIDA |
|---|---|---|

PNC BANK, NATIONAL ASSOCIAT

V.

LILIA BELKOVA, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number:   Case 9:21-cv-80758

| PRESIDING JUDGE Honorable Donald M. Middlebrooks | PLAINTIFF'S ATTORNEY William L. Grimsley, Esq. | DEFENDANT'S ATTORNEY Adam I. Skolnik, Esq. |
|---|---|---|
| TRIAL DATE (S) 01/18/2022 | COURT REPORTER US Legal Support | COURTROOM DEPUTY Genevieve McGee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 45 | | | | | Witness - Enterprise Funding Solutions LLC |
| 46 | | | | | Witness - James Ciuffetelli |
| 47 | | | | | Witness - Corporate representative of McGlinchey Stafford PLLC |
| 48 | | | | | Witness - Any fact witnesses disclosed by Defendants |
| 49 | | | | | Witness - Any other witnesses needed for rebuttal |
| | | | | | |
| | | | | | ** Plaintiff's detailed Exhibit List has been previously filed with the Court as Schedule A to the Joint |
| | | | | | Pretrial Stipulation (D.E. 90-1 at 1-6), along with its detailed Witness List in Section 10 of the Joint |
| | | | | | Joint Pretrial Statement (D.E. 90 at 8-9), both of which Plaintiff incorporates herein by reference. |
| | | | | | |
| | | | | | *** Plaintiff filed its deposition designations in its Schedule A to the Joint Pretrial Stipulation |
| | | | | | (D.E. 90-1 at 6), to which no objections were asserted. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

FLA. BAR 84226

SERVED VIA CM/ECF

Page 3 of 3 Pages