**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 21-80758-CV-MIDDLEBROOKS

PNC BANK, NATIONAL ASSOCIATION,

     Plaintiff,

v.

LILIA BELKOVA, et al.,

     Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order Granting Plaintiff's Motion for Summary Judgment and Order Granting Plaintiff's Motion for Entry of Default Final Judgment. Consistent with those Orders, it is hereby **ORDERED AND ADJUDGED** that:

(1) Final Judgment is **ENTERED** in favor of Plaintiff and against:

    (a) Defendant Enterprise Funding Solutions, LLC, pursuant to my Order Granting Plaintiff's Motion for Entry of Default Final Judgment. Defendant Enterprise Funding Solutions, LLC's interest in 2251 Buck Ridge Trial, Loxahatchee, Florida 33470 is hereby declared inferior to Plaintiff's interest and may be foreclosed if and when the Court enters a final judgment of foreclosure.

    (b) Defendant Deer Run Property Owners, Association, Inc., pursuant to my Order Granting Plaintiff's Motion for Summary Judgment. Defendant Deer Run Property Owners Association, Inc.'s interest in 2251 Buck Ridge Trial, Loxahatchee, Florida 33470 is hereby declared inferior to Plaintiff's interest and may be foreclosed if and when the Court enters a final judgment of foreclosure.

(c) Defendants Lilia Belkova, individually, and Lilia Belkova, as Successor Trustee of the Land Trust Agreement No. 072002 Dated February 9, 2004 (the "Belkova Defendants"), pursuant to my Order granting Plaintiff's Motion for Summary Judgment.

(2) Plaintiff is **AWARDED** $340,282.07 as due under the PNC Mortgage and modified by the Valuation Order and the Confirmation Order against the Belkova Defendants. If the Belkova Defendants fail to pay this amount by **January 21, 2022**, Plaintiff may move for an Order of Foreclosure.

(3) Plaintiff is **AWARDED** attorneys' fees in the amount of $191,229.60 against the Belkova Defendants.

(4) This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

(5) The Clerk of Court shall **CLOSE THIS CASE**.

(6) Any pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 10th day of January, 2022.

Donald M. Middlebrooks
United States District Judge