UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PNC BANK, NATIONAL ASSOCIATION,
SUCCESSOR BY MERGER TO NATIONAL
CITY BANK, SUCCESSOR BY MERGER
TO FIDELITY FEDERAL BANK & TRUST,

    Plaintiff,

vs.

LILIA BELKOVA A/K/A LILIA BELKOVA
RUSSO, individually; LILIA BELKOVA, AS
SUCCESSOR TRUSTEE OF THE LAND
TRUST AGREEMENT NO. 072003 DATED
FEBRUARY 9, 2004; DEER RUN PROPERTY
OWNERS ASSOCIATION, INC.; ENTERPRISE
FUNDING SOLUTIONS LLC,

    Defendants.
_____/

CASE NO: 9:21-cv-80758-DMM

FILED BY MW_____ D.C.

JAN 2 0 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## NICHOLAS ARSALI'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF REDEMPTION AND MOTION FOR CLARIFICATION

**COMES NOW** the Third Party Purchaser, Nicholas Arsali, and files this Motion to Intervene for the Limited Purpose of Redemption and Motion for Clarification and states as follows:

1.    Arsali previously filed a Motion to Intervene based on Rule 24(a)(2), Federal Rules of Civil Procedure, which was denied by this Court. Arsali has since filed a Notice of Appeal as to the Order Denying Non-Party Nicholas Arsali's Motion to Intervene dated December 16, 2021, Order Granting Motion for Summary Judgment dated January 6, 2022, and Final Judgment dated January 10, 2022.

2.    On January 10, 2022, the Clerk of the Circuit Court & Comptroller, Palm Beach County, issued a Certificate of Title to Arsali for the property located at 2251 Buck Ridge Trail,

Loxahatchee, FL 33470, which is also the subject of this foreclosure action. A copy of the Certificate of Title is attached as Exhibit A.

3. On January 19, 2022, the Palm Beach County Sheriff's Office executed a Writ of Possession on the subject property and Arsali is now in exclusive possession of the subject property.

4. The Belkova Defendants no longer have any right, title, or interest in the subject property.

5. As noted in Arsali's previous Motion to Intervene, Arsali does not dispute the $340,282.07 due under the mortgage and awarded to Plaintiff. However, Arsali does dispute the amount requested and awarded as attorneys' fees, which the Belkova Defendants did not respond to or object to the amount requested.

6. The Final Judgment provided the Belkova Defendants until January 21, 2022 to pay $340,282.07 to stop the foreclosure sale.

7. Arsali is prepared to pay that amount by that date to satisfy what remains due under the mortgage, leaving the attorneys' fees as the only amount in dispute.

8. As provided for in the case cited in this Court's Order Denying Non-Party Nicholas Arsali's Motion to Intervene dated December 16, 2021, *Whitburn, LLC v. Wells Fargo Bank, N.A.*, 190 So. 3d 1087 (Fla. 2d DCA 2015), pursuant to Fla. Stat. § 45.0315, the Third Party Purchaser has a statutory right to redeem. *Whitburn, LLC*, 190 So. 3d at 1092 ("That statute provides that 'the mortgagor or the holder of any subordinate interest may cure the mortgagor's indebtedness and prevent a foreclosure sale by paying the amount of moneys specified in the judgment, order, or decree of foreclosure.'").

9. Arsali also requests clarification as to how to tender the $340,282.07, confirm that payment will stop the foreclosure sale as provided for under the Final Judgment, and that upon

payment the only issue that will be left outstanding will be the attorneys' fees.

WHEREFORE, Arsali moves for the entry of an Order allowing him to pay the $340,282,07 to stop the foreclosure sale, and clarifies how to tender the $340,282.07, confirms that payment will stop the foreclosure sale as provided for under the Final Judgment, and that upon payment the only issue that will be left outstanding will be the attorneys' fees.

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), Movant, Nicholas Arsali has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to Steven R. Braten, Esq. SBraten@rosenbaumpllc.com, Counsel for Defendant, DEER RUN PROPERTY OWNERS ASSOCIATION, INC.; Adam I. Skolnik, Esq., askolnik@skolniklawpa.com, Counsel for Defendants, LILIA BELKOVA, INDIVIDUALLY, AND LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST AGREEMENT NO. 072003 DATED FEBRUARY 9, 2004; and William L. Grimsley, Esq., wgrimsley@mcglinchey.com Counsel for Plaintiff, PNC Bank, 10407 Centurion Parkway North, Ste. 200, Jacksonville, FL 32256, on this 20th day of January 2022.

Respectfully submitted,

Nicholas Arsali, pro se
119 N Swinton Avenue
Delray Beach, FL 33444
Telephone: (561) 740-1320
Email: narsali@bellsouth.net

IN THE CIRCUIT COURT OF THE JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 502017CC001472XXXXMB

DEER RUN PROPERTY OWNERS' ASSOCIATION INC

Plaintiff(s) / Petitioner(s),

vs.

LILIA BELKOVA AS SUCCESSOR TRUSTEE OF THE
LAND TRUST AGREEMENT NO:072003 DATED 2/9/04;
UNKNOWN TENANT ONE; UNKNOWN TENANT TWO;
LILIA BELKOVA

Defendant(s) / Respondent(s)

## CERTIFICATE OF TITLE

THE UNDERSIGNED CLERK OF this Circuit Court Certifies that a Certificate of Sale was executed and filed in this action on October 13, 2021 for the property described herein and that objections to the sale have either not been filed within the time allowed by statutory law or, if filed, have been heard by the court. The property in Palm Beach County, Florida is described as follows:

LOT 122 DEER RUN, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 35, PAGE 34 OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA A/K/A 2251 BUCK RIDGE TRAIL, LOXAHATCHEE, FL 33470.

was sold to:

**NICHOLAS ARSALI**
**119 N Swinton Ave**
**DELRAY BEACH, FL 33444 .**

WITNESS my hand and seal of this Court on January 10, 2022.

Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County

By: _____
Deputy Clerk, Tequierra Barrett

Consideration: $180,100.00
Documentary stamps: $1,260.70

Exhibit A