UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-80758-CV-MIDDLEBROOKS

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

LILIA BELKOVA, et al.,

    Defendants.

_____/

## AMENDED FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order Granting Plaintiff's Motion for Summary Judgment (DE 98), Order Granting Plaintiff's Motion for Entry of Default Final Judgment (DE 97), and Order Granting Plaintiff's Motion to Alter or Amend Final Judgment (DE 114). Consistent with those Orders, it is hereby **ORDERED AND ADJUDGED** that:

(1) Final Judgment is **ENTERED** in favor of Plaintiff and against:

    (a) Defendant Enterprise Funding Solutions, LLC, pursuant to my Order Granting Plaintiff's Motion for Entry of Default Final Judgment. Defendant Enterprise Funding Solutions, LLC's interest in 2251 Buck Ridge Trial, Loxahatchee, Florida 33470 is hereby declared inferior to Plaintiff's interest and may be foreclosed if and when the Court enters a final judgment of foreclosure.

    (b) Defendant Deer Run Property Owners, Association, Inc., pursuant to my Order Granting Plaintiff's Motion for Summary Judgment. Defendant Deer Run Property Owners Association, Inc.'s interest in 2251 Buck Ridge Trial, Loxahatchee, Florida 33470 is hereby declared inferior to Plaintiff's interest

      and may be foreclosed if and when the Court enters a final judgment of foreclosure.

      (c) Defendants Lilia Belkova, individually, and Lilia Belkova, as Successor Trustee of the Land Trust Agreement No. 072002 Dated February 9, 2004 (the "Belkova Defendants"), pursuant to my Order granting Plaintiff's Motion for Summary Judgment.

(2) Plaintiff is **AWARDED** $340,282.07 as due under the PNC Mortgage and modified by the Valuation Order and the Confirmation Order against the Belkova Defendants; attorneys' fees in the amount of $255,436.60 against the Belkova Defendants; and $1,700.50 in taxable costs against the Belkova Defendants. If the Belkova Defendants or other interested party fails to pay the **full amount of this Judgment with interest as described in (3)** by **February 21, 2022**, Plaintiff may move for an Order of Foreclosure.

(3) This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

**SIGNED** in Chambers at West Palm Beach, Florida, this 15th day of February, 2022.

*[signature]*

Donald M. Middlebrooks
United States District Judge