**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 02, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  22-10246-JJ
Case Style:  PNC Bank, National Association v. Nicholas Arsali
District Court Docket No:  9:21-cv-80758-DMM

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10246-JJ

_____

PNC BANK, NATIONAL ASSOCIATION,
Successor by Merger to National City Bank, Successor by Merger
to Fidelity Federal Bank & Trust,

                          Plaintiff - Appellee,

versus

LILIA BELKOVA,
individually,
a.k.a. Lilia Belkova Russo, et al.,

                          Defendants,

NICHOLAS ARSALI,

                          Interested Party - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to Appellant Nicholas Arsali's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective March 02, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                          FOR THE COURT - BY DIRECTION