# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY _____AP_____ D.C.

Apr 6, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 06, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 22-10476-J
Case Style: PNC Bank, National Association v. Lilia Belkova, et al
District Court Docket No: 9:21-cv-80758-DMM

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6183

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10476-J
_____

PNC BANK, NATIONAL ASSOCIATION,
Successor by Merger to National City Bank, Successor by
Merger to Fidelity Federal Bank & Trust,

            Plaintiff - Appellee,

versus

LILIA BELKOVA,
a.k.a. Lilia Belkona Russo,
LILIA BELKOVA, AS SUCCESSOR TRUSTEE OF THE LAND TRUST
AGREEMENT NO. 072002 DATED FEBRUARY 9, 2004,

            Defendants - Appellants,

DEER RUN PROPERTY OWNERS ASSOCIATION, INC., et al,

            Defendant.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Lilia Belkova and Lilia Belkova, as Successor Trustee of the Land Trust Agreement No. 072002 Dated February 9, 2004 failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in the district court within the time fixed by the rules.

Effective April 06, 2022.

            DAVID J. SMITH
          Clerk of Court of the United States Court
           of Appeals for the Eleventh Circuit

                 FOR THE COURT - BY DIRECTION